IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 23-mj-00187-JPO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JON HALLFORD,

    Defendant.

---

## ORDER

---

Upon motion of the United States, and for good cause shown, it is hereby

ORDERED:

That the Complaint is Dismissed in the above case as it relates to Defendant Jon Hallford.

DATED this __8th__ day of November, 2023.

BY THE COURT:

*James P. O'Hara*
JAMES P. O'HARA
UNITED STATES MAGISTRATE JUDGE