# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>v.<br><br>JON HALLFORD,<br><br>       *Defendant.* | Case No. MJ-23-278-JAR |

## NOTICE OF DISMISSAL

**COMES NOW** the plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Rob Wallace, Assistant United States Attorney, and dismisses the above entitled case as to as to the defendant, **JON HALLFORD**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

                           Respectfully submitted,

                           CHRISTOPHER J. WILSON
                           United States Attorney

s/    Rob Wallace
      ROB WALLACE, OBA # 13130
      Assistant United States Attorney
      520 Denison Ave.
      Muskogee, OK 74401
      Rob.Wallace@usdoj.gov

LEAVE GRANTED FOR FILING:

_____
JASON A. ROBERTSON
United States Magistrate Judge